UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Nazmi A. Yousef
                              Plaintiff,
v.                                              Case No.: 1:18−cv−01103
                                                Honorable Gary Feinerman
Bank of America, N.A., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 22, 2018:

MINUTE entry before the Honorable Gary Feinerman:The 5/10/2018 order [41] required the parties to file a joint status report by 6/21/2018. No report was filed. The time for filing the status report is extended to 6/25/2018. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.